UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

January 27, 2017

Rebecca Ann Solarz, Esq.
KML Law Group, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106

        RE: USA v. Stephanie Cavalieri
        CIVIL ACTION NO. 16-5821

Dear Ms. Solarz,

    A review of the Court's records shows that service of the complaint has not been made in the above-captioned action.

    In order to eliminate a delay in bringing this case to trial, service must be made by **February 7, 2017**, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.  Proof of service must be filed with the Clerk's Office within five days of service.  If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

        Very truly yours,

         s/ Ronald Vance
        Ronald Vance
        Deputy Clerk to Judge Robreno

Civ. 22