# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | |
| vs. | CIVIL NO. 16-05821 |
| STEPHANIE CAVALIERI<br>Defendants | |

**ORDER**

AND NOW, this 2nd day of February, 2017, upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make Service is granted. Service is to be made by May 2, 2017

_____ J.