# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

STEPHANIE CAVALIERI; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-05821

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served STEPHANIE CAVALIERI the above process on the 6 day of February, 2017, at 12:12 o'clock, PM, at 432 WATKINS STREET PHILADELPHIA, PA 19148, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☒ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_

County of _Berks_

) SS:

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158208
Case ID #: 4805978

Subscribed and sworn to before me this _7_ day of _Feb_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PCO /Britni A

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5781-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703800658852<br>9171999991703800658852 | CAVALIERI, STEPHANIE<br>3011 Rio Grande Trl<br>Kissimmee, FL 34741 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800661357<br>9171999991703800661357 | CAVALIERI, STEPHANIE<br>215 Lagrange Ave.<br>Essington, PA 19029 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800729859<br>9171999991703800729859 | CAVALIERI, STEPHANIE<br>432 Watkins Street<br>Philadelphia, PA 19148 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703802271851<br>9171999991703802271851 | RIDDICK, ELLA<br>1723 Watkins Street<br>Philadelphia, PA 19145 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703802271868<br>9171999991703802271868 | CAVALIERI, STEPHANIE<br>806 W. Moyamensing Ave.<br>Philadelphia, PA 19148 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals<br>Cumulative Totals | 5<br>5 | | 4.63<br>4.63 | 24.25<br>24.25 | | | 28.88<br>28.88 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____   Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)     Extra Service Codes:
                             C     Certified
                             ERR   Return Receipt

| | | RD Fee | RR Fee |
|---|---|---|---|

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
- ☐ Certified
- ☐ COD
- ☐ Delivery Confirmation
- ☐ Express Mail
- ☐ Insured
- ☐ Recorded Delivery (International)
- ☐ Registered
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
$ 001.95⁰
ZIP 19106
02 1W
0001391829 FEB 02. 2017

USPS CONTINENTAL STATION
PHILA, PA 19106
FEB -2 2017

See Privacy Act Statement on Reverse

RCO - Back to Brittni Augustin

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | STEPHANIE CAVALIERI CAVALIERI, STEPHANIE 432 Watkins Street Philadelphia, PA 19148 | | | | | | |
| 3. | | TO STEPHANIE CAVALIERI CAVALIERI, STEPHANIE 806 W. Moyamensing Ave. Philadelphia, PA 19148 | | | | | | |
| 4. | | | | | | | | |
| 5. | | TO STEPHANIE CAVALIERI CAVALIERI, STEPHANIE 3011 Rio Grande Tri Kissimmee, FL 34741-3730 | | | | | | |
| 6. | | | | | | | | |
| 7. | | TO STEPHANIE CAVALIERI CAVALIERI, STEPHANIE 215 Lagrange Ave. Essington, PA 19029-1408 | | | | | | |
| 8. | | | | | | | | |

Total Number of Pieces Listed by Sender **3877**

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

PS Form **3877**, February/2002 (Page 1 of 2)   Sale Date:   Philadelphia County

USA-158208

STEPHANIE CAVALIERI